

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF JEANNETTE FENENBOCK GLENNA GADDY, | § | No. 08-23-00146-CV |
| | § | Appeal from the |
| Appellant/Cross-Appellee. | § | Probate Court No. 2 |
| v. | § | of El Paso County, Texas |
| MARK FENENBOCK, | § | (TC# 2017-CPR00510) |
| Appellee/Cross-Appellant. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.